In the Matter of New York State Labor Relations Board, Petitioner, against George B. Wheeler, Inc., Respondent.

In the Matter of the People of the State of New York ex rel. New York State Labor Relations Board, Respondent, against George B. Wheeler, Inc., et al., Appellants.

Submitted April 5, 1943; decided April 22, 1943.

*Howard C. Campbell* for motion.

*William E. Grady, Jr., George G. Gallantz* and *Daniel Kornblum* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not, as to the moving party, finally determine the special proceeding within the meaning of the Constitution.